UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN GRAY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:14-CV-50-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in this case in accordance with the decision of the Administrative Law Judge.

**This Judgment Filed and Entered on November 9, 2016, and Copies To:**

Kimberly D. Bishop                                                          (via CM/ECF Notice of Electronic Filing)

Todd J. Lewellen                                                             (via CM/ECF Notice of Electronic Filing)

DATE:                                                       JULIE RICHARDS JOHNSTON, CLERK
November 9, 2016                                   (By)  /s/ Nicole Briggeman
                                                                    Deputy Clerk